IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. **17-02625-EAG**

**ISRAEL ALEJANDRO RIGAU GARCIA**

**DEBTOR**  Chapter 13

## MOTION TO SUBMIT AN AMENDED CHAPTER 13 PLAN

**TO THE HONORABLE COURT**:

**COME NOW**, debtor **ISRAEL ALEJANDRO RIGAU GARCIA** through the undersigned attorney and respectfully aver and pray:

1. The debtor is submitting an amended chapter 13 plan to provide that debtor will continue to make direct payments to DSO.

**WHEREFORE**, the debtor prays that the Court considers for confirmation the amended chapter 13 plan dated July 31, 2017.

**Certificate of Service**: I hereby certify that on this date, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the Chapter 13 Trustee, Alejandro Oliveras, to all CM/ECF participants, and to all creditors as per the attached mailing list

.

In Yauco, Puerto Rico this 31 day of July 2017.

          ***/s/ Nydia Gonzalez Ortiz***
          NYDIA GONZALEZ ORTIZ, ESQ
          USDC-PR 124006
          Attorney for Debtor
          SANTIAGO & GONZALEZ LAW OFFICE
          11 Betances Street
          Yauco, Puerto Rico 00698
          Phone (787) 267-2205/2252
          Bufetesg@gmail.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| IN RE: | **ISRAEL ALEJANDRO RIGAU GARCIA** | BK. CASE # |
|---|---|---|
| | DEBTOR(S) | CHAPTER 13 |

### CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee:
   ☑ directly ☐ by payroll deductions, as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.
3. The Confirmation Order will not vest property of the Estate on Debtor(s) until the Order discharging Debtor(s) is entered.

**PLAN DATED:** July 31, 2017      **AMENDED PLAN DATED:** _____
☑ PRE ☐ POST-CONFIRMATION     FILED BY ☑ DEBTOR ☐ TRUSTEE ☐ UNSECURED CREDITOR

**I. PAYMENT PLAN SCHEDULE**

| $ | 450.00 | x | 60 | = $ | 27,000.00 |
|---|---|---|---|---|---|
| $ | 0.00 | x | 0 | = $ | 0.00 |
| $ | 0.00 | x | 0 | = $ | 0.00 |
| $ | 0.00 | x | 0 | = $ | 0.00 |
| $ | 0.00 | x | 0 | = $ | 0.00 |
| | TOTAL = | | 60 | $ | 27,000.00 |

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from
☐ Sale of property identified as follows: _____
☐ Other: _____

Periodic Payments to be made other than and in addition to the above.
$ _____ x _____ = $ _____
To be made on: _____

**PROPOSED PLAN BASE:** $ 27,000.00

**III. DISBURSEMENT SCHEDULE SEQUENCE**

**A. SECURED CLAIMS:** ☑ Debtor represents that there are no secured claims.
☐ Secured creditors will retain their liens and shall be paid as follows:
☐ **ADEQUATE PROTECTION** Payments: Cr. _____ $ 0.00
☐ Trustee will pay secured **ARREARS**:
Cr. _____ Cr. _____ Cr. _____
Acct. _____ Acct. _____ Acct. _____
$ _____ $ _____ $ _____

☐ Trustee will pay REGULAR MONTHLY PAYMENTS:
(please refer to the above related notice, for important information about this provision)
Cr. _____ Cr. _____ Cr. _____
Acct. _____ Acct. _____ Acct. _____
Monthly Pymt.$ _____ Monthly Pymt.$ _____ Monthly Pymt.$ _____

☐ Trustee will pay **IN FULL** Secured Claims:
Cr. _____ Cr. _____ Cr. _____
$ _____ $ _____ $ _____

☐ Trustee will pay **VALUE OF COLLATERAL**:
Cr. _____ Cr. _____ Cr. _____
$. _____ $. _____ $. _____

☐ Secured Creditor's interest will be insured. **INSURANCE POLICY** will be paid through plan:
Cr. _____ Ins. Co. _____ Premium: $ _____
(Please indicate in "Other Provisions" the insurance coverage period)

☐ Debtor SURRENDERS COLLATERAL TO Lien Holder: _____
☑ Debtor will maintain REGULAR PAYMENTS DIRECTLY to: **DSO PAYMENT**

**B. PRIORITIES.** The Trustee will pay §507 priorities in accordance with the law [§1322 (a)(2)].
☑ **DEPARTAMENTO DE HACIENDA, INTERNAL REVENUE SERVICE**

**C. UNSECURED PREFERRED:** Plan ☐ Classifies ☑ Does not Classify claims
☐ Class A: ☐ Co-debtor Claims: ☐ Pay 100%/ ☐ "Pay Ahead"
☐ Class B: ☐ Other Class:
Cr. _____ Cr. _____ Cr. _____
$ _____ $ _____ $ _____

**II. ATTORNEY'S FEES**

To be treated as a § 507 Priority, and paid before any other creditor and concurrently with the Trustee's fees, unless otherwise provided:

| a. Rule 2016(b) Statement: | $ | 3,000.00 |
|---|---|---|
| b. Fees Paid (Pre-Petition): | ($ | 320.00 ) |
| c. R 2016 Outstanding balance: | ($ | 2,680.00 ) |
| d. Post Petition Additional Fees: | $ | 0.00 |
| e. Total Compensation: | $ | 3,000.00 |

**D. GENERAL UNSECURED NOT PREFERRED:** (Case Liquidation Value = 0.00 )
$ _____
☐ Will be paid 100% plus ___% Legal Interest. ☑ Will be paid Pro-Rata from any remaining funds

**OTHER PROVISIONS:**

\* For additional other provisions, please see attachment sheet(s).

Signed: /s/ ISRAEL ALEJANDRO RIGAU GARCIA
DEBTOR

JOINT DEBTOR

ATTORNEY FOR DEBTOR: /s/ NYDIA GONZALEZ ORTIZ, ESQ.     Phone: 787-267-2205/787-873-0206

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

| IN RE: **ISRAEL ALEJANDRO RIGAU GARCIA** | BK. CASE # |
|---|---|
| DEBTOR(S) | CHAPTER 13 |

### Chapter 13 Plan Continuation Sheet

**Additional Other Provisions:**
Other provisions:
    1)TAX REFUNDS IF ANY WILL BE DEVOTED EACH YEAR DURING THE COMMITMENT PERIOD TO FUND PLAN AND THE TENDER OF SUCH PAYMENT SHALL DEEM THE PLAN MODIFIED BY SAID AMOUNT, INCREASING THE BASE WITHOUT THE NEED OF FURTHER NOTICE ,HEARING OR COURT ORDER. IF NEED BY DEBTOR OF ANY PORTION OF SUCH REFUND DEBTOR SHALL SEEK COURT AUTHORIZATION PRIOR TO USE OF THESE FUNDS.