IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

**ISRAEL A. RIGAU GARCIA** CASE NO. 17-02625-EAG

DEBTOR Chapter 13

## MOTION FOR AUTHORIZATION FOR POST PETITION CREDIT

**TO THE HONOURABLE COURT**:

**COMES NOW**, debtor **ISRAEL A. RIGAU GARCIA**, through the undersigned attorney and respectfully aver and pray:

1. The debtor's case was filed on April 17, 2017 and debtor has a confirmed plan.

2. The debtor is currently living in a rented residence. The monthly rent amount is $400 dollars and rent payments are up to date.

3. The rented property has suffered minor damages due to the recent earthquakes. This situation has move debtor to seek for a new residence as he does not feel safe in the property.

4. The debtor has interest to buy a residential property. The property is located at G675 Urb. Maria Antonia, Guanica, P.R. 00653.

5. The debtor has seek a draft proposal for a mortgage loan from Sun West Mortgage Company, Inc.. See evidence attached.

6. The debtor is seeking a mortgage loan in the total amount of $101,010.00 and interest in the amount of 2.75%. The creditor's estimate monthly payment will be $470 including the hazard insurance.

7. That currently debtor is paying $400 dollars of rent, therefore there is a small difference of $70 dollars which the debtor understands he can make arrangements to cover without falling to provide for the confirmed plan.

8. The debtor is submitting with this motion a draft of the schedule I and J to be submitted to the Court if this petition is approve and later the loan is approve.

9. The debtor files this motion for authorization to incur in post petition credit for good cause.

**WHEREFORE**, the debtor request that the court grant this motion and allow debtor to incur in post petition credit for the purchase of a home.

**(14) DAYS NOTICE**: The trustee, creditors of and parties in interest are hereby notified that unless a written objection is filed to this motion, the court may grant the same without further hearing on the matter.

Certificate of Service: I hereby certify that on this date I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the CM/ECF participants and I hereby certify that I have mailed by United States Postal Service this motion to all the non CM/ECF participants as per the creditor list.

In Yauco, Puerto Rico this 1st day of July 2020.

***/s/Nydia Gonzalez Ortiz***
USDC-PR 124006
Attorney for Debtor
SANTIAGO & GONZALEZ LAW, LLC.
11 Betances Street
Yauco, Puerto Rico 00698
Phones (787) 267-2205/2252
Fax: (939)731-3020
Email:bufetesg@gmail.com

**SUN WEST MORTGAGE COMPANY, INC.**

6131 ORANGETHORPE AVENUE, SUITE 500
BUENA PARK, CA 90620

*Guarde esta Estimación de Préstamo para compararla con su Declaración de Cierre.*

# Estimación de Préstamo

**FECHA DE EMISIÓN** 06/26/2020

**SOLICITANTES** ISRAEL ALEJANDRO RIGAU GARCIA
E 664 CALLE 4 URB MARIA ANTONIA, GUANICA, PR 00653

**INMUEBLE** G 675 URB MARIA ANTONIA, GUANICA, PR 00653

**PRECIO DE VENTA** $ 100,000

**PLAZO DEL PRÉSTAMO** 30 años
**FINALIDAD** Adquisición por compra
**PRODUCTO** Tasa fija
**TIPO DE PRÉSTAMO** ☐ Convencional ☐ FHA ☐ VA ☒ Other RHS
**N. ° DEL PRÉSTAMO** 120038004400
**BLOQUEO DE TASA** ☒ NO ☐ SÍ

*Antes del cierre, la tasa de interés, los puntos y los créditos del prestamista podrían cambiar, a menos que usted bloquee la tasa de interés. Todos los demás costos de cierre estimados estarán vigentes hasta el* ***07/13/2020 12:00:00 AM PDT***

## Términos del préstamo

| | | ¿Puede aumentar este monto después del cierre? |
|---|---|---|
| **Monto del préstamo** | $ 101,010 | **NO** |
| **Tasa de interés** | 2.75% | **NO** |
| **Pago mensual de intereses y capital** *Consulte la sección de pagos proyectados para saber el total estimado de su pago mensual* | $ 412.36 | **NO** |
| | | **¿Tiene el préstamo estas características?** |
| **Multa por pago anticipado** | | **NO** |
| **Cuota extraordinaria** | | **NO** |

## Pagos proyectados

| **Cálculo de los pagos** | **Años 1 a 30** |
|---|---|
| Capital e intereses | $ 412.36 |
| Seguro hipotecario | + $ 29 |
| Depósito estimado para impuestos y seguros de la vivienda *El monto puede aumentar con el paso del tiempo* | + $ 29 |
| **Pago total mensual estimado** | $ 470 |

| | | **Esta estimación incluye** | **¿En depósito?** |
|---|---|---|---|
| **Impuestos, seguro y evaluaciones estimados** *El monto puede aumentar con el paso del tiempo* | $ 29 por mes | ☐ impuestos sobre la propiedad | **NO** |
| | | ☒ Seguro de la vivienda | **SÍ** |
| | | ☐ Otro: | **NO** |

*Consulte la Sección G en la página 2 los detalles de la cuenta de depósito para impuestos y seguros. Deberá pagar por separado los demás costos.*

## Costos al momento del cierre

| | | |
|---|---|---|
| **Costos de cierre estimados** | $ 7,333 | Incluye $ 5,503 por costos del préstamo + $ 1,830 por otros costos - $ 0 por créditos del prestamista. *Consulte los detalles en la página 2.* |
| **Dinero en efectivo estimado para el cierre** | $ 6,323 | Incluye costos de cierre. *Consulte los detalles en Cálculo del dinero en efectivo para el cierre en la página 2.* |

Visite **www.consumerfinance.gov/mortgage-estimate** para información general y ayuda.

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | ISRAEL ALEJANDRO RIGAU GARCIA |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (If known) | 17-02625 |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

______ MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | CHEF | |
| **Employer's name** | SERRALLES HOTEL,INC. DBA PONCE HILTON | |
| **Employer's address** | PO BOX 7419<br>Ponce, PR 00716 | |
| **How long employed there?** | | |

DRAFT

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 1,625.22 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 1,625.22 | $ N/A |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 1,625.22 | $ N/A |
| 5. | **List all payroll deductions:** | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 129.40 | $ N/A |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. | **Other deductions.** Specify: **DENTAL** | 5h.+ | $ 7.48 | + $ N/A |
| | **INCTAX** | | $ 49.24 | $ N/A |
| | **FUPR** | | $ 8.00 | $ N/A |
| | **1165E/B** | | $ 50.76 | $ N/A |
| | **1165E/A** | | $ 180.00 | $ N/A |
| | **DISAB-P** | | $ 3.40 | $ N/A |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 428.28 | $ N/A |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 1,196.94 | $ N/A |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 1,182.50 | $ N/A |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. | **Other monthly income.** Specify: **SICK $1,276.80/12** | 8h.+ | $ 106.40 | + $ N/A |
| | **CHRISMAS BONUS $600.00/12** | | $ 50.00 | $ N/A |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 1,338.90 | $ N/A |

DRAFT

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.
10. $ 2,535.84 + $ N/A = $ 2,535.84

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: 11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies
12. $ 2,535.84
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
- ■ No.
- ☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1 ISRAEL ALEJANDRO RIGAU GARCIA

Debtor 2 (Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (If known) 17-02625

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
MM / DD / YYYY

# Official Form 106J
# Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**

■ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**
 ☐ No
 ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No

Do not list Debtor 1 and Debtor 2.

Do not state the dependents names.

■ Yes. Fill out this information for each dependent.............

DRAFT

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 1 | ☐ No ■ Yes |
| Son | 10 | ☐ No ■ Yes |
| Son | 15 | ☐ No ■ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?** ■ No ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 470.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 25.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 0.00 |

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ **90.84** |
| | 6b. Water, sewer, garbage collection | 6b. | $ **45.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ **50.00** |
| | 6d. Other. Specify: | 6d. | $ **0.00** |
| 7. | **Food and housekeeping supplies** | 7. | $ **425.00** |
| 8. | **Childcare and children's education costs** | 8. | $ **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ **20.00** |
| 10. | **Personal care products and services** | 10. | $ **40.00** |
| 11. | **Medical and dental expenses** | 11. | $ **10.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ **150.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ **0.00** |
| 14. | **Charitable contributions and religious donations** | 14. | $ **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ **0.00** |
| | 15b. Health insurance | 15b. | $ **0.00** |
| | 15c. Vehicle insurance | 15c. | $ **0.00** |
| | 15d. Other insurance. Specify: | 15d. | $ **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ **0.00** |
| | 17b. Car payments for Vehicle 2 | 17b. | $ **0.00** |
| | 17c. Other. Specify: | 17c. | $ **0.00** |
| | 17d. Other. Specify: | 17d. | $ **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: **CHILD SUPPORT** | 19. | $ **760.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. | $ **0.00** |
| | 20b. Real estate taxes | 20b. | $ **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ **0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. | $ **0.00** |
| 21. | **Other:** Specify: | 21. | +$ **0.00** |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | | $ **2,085.84** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ **2,085.84** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ **2,535.84** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ **2,085.84** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. | $ **450.00** |

DRAFT

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes. Explain here: